Argued and submitted June 28, reversed and remanded with instructions November 8, 1995, petition for review denied April 2, 1996 (323 Or 114)

## STATE OF OREGON,
*Appellant,*

*v.*

## MICHAEL DUANE MILLSPAUGH,
*Respondent.*

(C9008-34492; CA A80971)

904 P2d 655

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Peter Gartlan, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Riggs, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded with instructions to reinstate indictment. *State v. Conger*, 319 Or 484, 878 P2d 1089 (1994).